(Pleito No. 212.—Fallado el 27 de Junio de 1902.)

## GINORIO contra EL REGISTRADOR.

SOLICITUD de un *Mandamus.*

AUTO APROBATORIO DE INFORMACIÓN DE DOMINIO. No obstante un auto aprobatorio de información de dominio, no se inscribirán los títulos en que se transfiera el dominio de los bienes inmuebles á que se refiera dicho auto, si aparecieran inscritos á favor de persona distinta de la que otorga la trasmisión, y las citaciones publicadas de acuerdo con la ley, no bastan para privar de su derecho á los terceros que tengan inscritos esos mismos bienes á su favor en el Registro de la Propiedad, á menos que presten por ello su asentimiento expreso, ó que sean oídos, ó vencidos en el correspondiente juicio.

Puerto Rico Junio veinte y siete de mil novecientos dos.— Visto el presente recurso gubernativo interpuesto por Don Emigdio S. Ginorio y Alayón, contra negativa del Registrador de la Propiedad de esta Capital á inscribir el auto aprobatorio de una información de dominio.—Resultando : Que promovida por Don Emigdio S. Ginorio ante el Tribunal del Distrito de San Juan información sumaria para acreditar el dominio de una casa y solar radicados en el barrio de Santurce, del término municipal de esta Capital, que dijo haber adquirido en pública subasta celebrada por el consejo de familia de la menor púber Doña Dominga Eulalia Guil y Carazo, y sustanciada con citación del Ministerio Fiscal, del representante de la expresada menor y de las demás personas á quienes pudiera perjudicar la inscripción solicitada, aprobada que fué la información propuesta y presentado un testimonio del auto aprobatorio de la misma para su inscripción en el Registro de la Propiedad, le fué denegada por el Registrador, según nota puesta al pie del mismo documento, que transcrita literalmente dice así : "Denegada "la inscripción del anterior documento, por aparecer inscrita "la finca á nombre de Doña Dolores Curbelo y Feo, Doña "América y Dolores Vidal y Curbelo, personas distintas de "la que ha sido citada como anterior dueña Doña Dominga

"Eulalia Guil y Carazo, y no resultar que se haya citado en
"el expediente á las referidas Sras. Curbelo y Feo y Vidal
"y Curbelo, y se ha extendido anotación preventiva de la
"inscripción del dominio declarado á favor de Don Emigdio
"S. Ginorio al folio 140 vuelto, tomo trece de esta Ciudad,
"finca 560, anotación letra A, la que durará ciento veinte
"días de su fecha."—Resultando: Que contra la nota
precedente interpuso en tiempo el interesado el presente
recurso gubernativo para que se revocara la nota denegatoria
del Registrador y se inscribiera á su favor el documento
presentado, alegando entre otras consideraciones la de que
en esta clase de informaciones, sólo requiere el artículo 395
de la Ley Hipotecaria que se cite personalmente á la persona
de quien se adquirió el inmueble y á las demás á quienes
pudiera perjudicar la inscripción solicitada, por edictos publi-
cados en la *Gaceta Oficial,* y que habiéndose cumplido dichos
requisitos en la información propuesta y aprobada por el
Tribunal del Distrito, procedía que se inscribiera á su favor
en el Registro de la Propiedad.—Siendo Ponente el Presi-
dente del Tribunal Don José S. Quiñones.—Considerando:
Que si bien del testimonio del auto aprobatorio de la
información de que se trata, aparece que fueron citados,
además del Ministerio Fiscal y los representantes de la menor
de quien hubo los bienes el recurrente, todas las demás
personas á quienes pudiera perjudicar la inscripción que
se pretende, estas últimas por la *Gaceta Oficial,* sin que nadie
se presentara á oponerse, no por eso debe entenderse que
puedan ser privados de su derecho los terceros que tengan
inscritos á su favor esos mismos bienes en el Registro de
la Propiedad, á menos que presten para ello su asentimiento
expreso ó que sean oídos ó vencidos en el correspondiente
juicio, como se desprende de los artículos 20 y 82 de la
Ley Hipotecaria, de los cuales, el primero prescribe que los
Registradores de la Propiedad denegarán la inscripción
ó anotación de los títulos en que se transfiera ó grave
el dominio ó la posesión de los bienes inmuebles cuando en

el Registro aparezca inscrito aquel derecho á favor de persona distinta de la que otorgue la trasmisión ó gravamen; y el segundo, que las inscripciones ó anotaciones preventivas hechas en virtud de escritura pública, no se cancelarán sino por providencia ejecutoria contra la cual no se halle pendiente recurso de casación, ó por otra escritura ó documento auténtico, en el cual exprese su consentimiento para la cancelación, la persona á cuyo favor se hubiere hecho la inscripción ó anotación, ó á sus causahabientes ó representantes.—Considerando: Que por las razones expuestas no es procedente la inscripción solicitada.—Se confirma la nota denegatoria puesta por el Registrador de la Propiedad al pie del documento de que se trata, que será devuelto al recurrente. Notifíquesele, y líbrese copia certificada de la presente resolución al Registrador de la Propiedad de esta Capital, para su conocimiento y demás efectos procedentes; publicándose además en la *Gaceta Oficial*.—José S. Quiñones. — José C. Hernández. — José Mª Figueras. — Louis Sulzbacher.—Antonio F. Castro, *Secretario*.